Form 27 - AFFIDAVIT OF SERVICE


P4834297

**KAPLAN HECKER & FINK LLP**
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

NEW YORK STATE ASSEMBLYWOMAN DIANA C. RICHARDSON, ETAL
                                                          PLAINTIFF
                          - vs -
THE CITY OF NEW YORK, ETAL
                                                          DEFENDANT

index No. **1:21-CV-03609-LDH-SJB**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**     :SS:

**DONDRE DENNIS** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **06TH** day of **JULY, 2021 11:35AM** at
  **C/O OFFICE OF THE CORPORATION COUNSEL**
  **100 CHURCH STREET**

  **NEW YORK NY 10007**
I served a true copy of the **CIVIL COVER SHEET, SUMMONS AND COMPLAINT** upon **THE CITY OF NEW YORK** the **DEFENDANT** therein named by delivering to, and leaving personally with **BETTY MAZYCK, CLERK AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE**     COLOR: **BROWN** HAIR: **GREY**
APP.AGE: **58-62** APP. HT: **5'2** APP. WT: **250**
OTHER IDENTIFYING FEATURES


Sworn to before me this
07TH day of JULY, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in NEW YORK COUNTY
Commission Expires 09/25/2021

DONDRE DENNIS 2042979
PM Legal LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-KHF-4834297

2a