UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE ASSEMBLYWOMAN DIANA C. RICHARDSON and NEW YORK STATE SENATOR ZELLNOR Y. MYRIE,<br><br>         Plaintiffs,<br><br>    v.<br><br>THE CITY OF NEW YORK, Mayor BILL de BLASIO; NYPD Commissioner DERMOT SHEA; NYPD Chief of Department RODNEY HARRISON, as successor in interest to TERENCE MONAHAN (retired); and NYPD Members of the Service JOSEPH B. TAYLOR, JESSICA CLINTON, GIOVANNI CALDERON, SOLOMON C. JACOBS, JORGE PEREZ, and JOHN DOE #1,<br><br>         Defendants. | No. 21-cv-3609 |

## MOTION TO WITHDRAW AS COUNSEL

To the Clerk of this Court and all parties of record:

  PLEASE TAKE NOTICE that, pursuant to Local Rule 1.4, Anne O'Toole, counsel for Plaintiffs, respectfully requests that the Court order her withdrawal from the above-captioned matter, as she will no longer be associated with Kaplan Hecker & Fink LLP, effective August 13, 2021. Kaplan Hecker & Fink LLP, 350 Fifth Avenue, 63rd Floor, New York, NY 10118 will

continue to represent Plaintiffs, and this withdrawal will cause no prejudice to any other party, or to the Court, and should be granted.

Dated: August 13, 2021

/s/ Anne O'Toole
Anne O'Toole
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0883
Fax: (212) 564-0883
aotoole@kaplanhecker.com

*Counsel for Plaintiffs Diana C. Richardson and Zellnor Y. Myrie*