

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

AMY ROBINSON
*Senior Counsel*
Tel.: (212) 356-3518
Fax: (212) 356-3509
*arobinso@law.nyc.gov*

July 11, 2022

**BY ECF**
Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:  <u>Diana Richardson, et al., v. City of New York, et al.</u>
             21-Civ-3609 (LDH) (SJB)

Your Honor:

      I am Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter. Defendants respectfully request a two-week enlargement of time to answer or otherwise respond to the Amended Complaint from July 11, 2022, to July 25, 2022. A previous request for an enlargement of time to answer or otherwise respond to the Amended Complaint was made on May 27, 2022, (Dkt. No. 50) and was granted on June 16, 2022. The extension is necessary in order to finalize making representation decisions. Defendants apologize for the lateness of this request. Plaintiffs' position is as follows, "[w]e consent to this request but reiterate our objection to Defendants' practice of waiting until late on the day of a deadline (in this case, 7:38pm) to first request that we accede to extensions of court deadlines."

      For the reasons stated herein, defendants respectfully request that the Court enlarge the time to answer or otherwise respond to the Amended Complaint to July 25, 2022.

Defendants thank the Court for its time and consideration of this request.

Respectfully submitted,

*Amy Robinson /s/*
Amy Robinson
Senior Counsel
Special Federal Litigation Division

cc: To All Plaintiffs Counsel *via* ECF