UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

NEW YORK STATE ASSEMBLYWOMAN DIANA C. RICHARDSON and NEW YORK STATE SENATOR ZELLNOR Y. MYRIE,

                                              Plaintiffs,

        -against-

CITY OF NEW YORK, *et al.*,

                                              Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**
21 CV 3609 (LDH) (SJB)

**PLEASE TAKE NOTICE** that the following attorney hereby appears as counsel for defendants City of New York ("City"), Bill de Blasio, Dermot F. Shea, Chief of Department Rodney Harrison, as successor in interest to Terrance Monahan, Joseph B. Taylor, Jessica Clinton, Giovanni Calderon, Solomon C. Jacobs, Jorge Perez, Michael Kovalik, Michael A. Ciota, Max Bermudez, Andrew Ventrella, Eric Olfano and Harry Kerr, and requests that all future papers in this action be served upon the undersigned at the address stated below:

        Erica Bianco, Esq.
        *Senior Counsel*
        New York City Law Department
        100 Church Street, Room 3-141
        New York, NY 10007
        (212) 356-2547
        ebianco@law.nyc.gov

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated:   New York, New York
         October 21, 2022

                              HON. SYLVIA O. HINDS-RADIX
                              Corporation Counsel of the City of New York
                              *Attorney for Defendants*
                              100 Church Street
                              New York, New York 10007
                              Tel: (212) 356-2547
                              ebianco@law.nyc.gov

                              Respectfully submitted,

                              /s/ *Erica Bianco*
                              Erica Bianco

To:   **Via ECF**
      *All counsel of record*