UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE ASSEMBLYWOMAN DIANA C. RICHARDSON and NEW YORK STATE SENATOR ZELLNOR Y. MYRIE, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE CITY OF NEW YORK, Mayor BILL de BLASIO; NYPD Commissioner DERMOT SHEA; NYPD Chief of Department RODNEY HARRISON, as successor in interest to TERENCE MONAHAN (retired); and NYPD Members of the Service JOSEPH B. TAYLOR, JESSICA CLINTON, GIOVANNI CALDERON, SOLOMON C. JACOBS, JORGE PEREZ, JOHN DOE #1, MICHAEL KOVALIK, MICHAEL A. CIOTA, MAX BERMUDEZ, ANDREW VENTRELLA, ERIC OLFANO, and HARRY KERR, <br><br> *Defendants*. | No. 21-cv-3609-LDH-SJB |

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiffs Diana C. Richardson and Zellnor Y. Myrie. I certify that I am admitted to practice in this Court.

Dated: December 7, 2022

/s/ Elizabeth M. Slater
Elizabeth M. Slater
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0883
Fax: (212) 564-0883
eslater@kaplanhecker.com

*Counsel for Plaintiffs Diana C. Richardson and Zellnor Y. Myrie*