**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0883
DIRECT EMAIL   jmatz@kaplanhecker.com

January 5, 2023

**VIA ECF**

The Honorable Sanket J. Bulsara
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Bulsara_Chambers@NYED.USCOURTS.GOV

  Re: *Richardson v. City of New York*, No. 21 Civ. 3609 (E.D.N.Y.) (LDH) (SJB)

Dear Judge Bulsara:

We write pursuant to the Court's order dated December 9, 2022, directing the parties to submit to the Court a joint schedule with tentative deposition dates.[1]

**Plaintiffs' Position**

Plaintiffs have proposed the following schedule to Defendants:

**Plaintiffs' Deponents**

| Deponent | Proposed Date |
| --- | --- |
| Giovanni Calderon | February 14 |
| Michael A. Ciota | February 16 |
| Eric Olfano | February 17 |
| Jorge Perez | February 22 |
| Max Bermudez | March 1 |
| Michael Kovalik | March 3 |
| Solomon C. Jacobs | March 6 |

---

[1] This tentative schedule includes all fact depositions, but does not include any potential expert depositions that may take place following the close of fact discovery, currently scheduled for March 31, 2023.

**KAPLAN HECKER & FINK LLP**  2

| Joseph B. Taylor | March 8 |
|---|---|
| Harry Kerr | March 10 |
| Jessica Clinton | March 13 |
| Andrew Ventrella | March 15 |
| Jeffrey Maddrey | March 17 |
| John D'Adamo | March 20 |
| City of New York 30(b)(6) witness | March 22 |
| Terence Monahan | March 24 |
| Dermot Shea | March 27 |
| Keechant Sewell | March 29 |
| Margaret Carnett | March 30 |

**Defendants' Deponents**

| Deponent | Proposed Date |
|---|---|
| Diana Richardson | Week of March 27 |
| Zellnor Myrie | Week of March 13 |

Plaintiffs are open to scheduling multiple depositions on a single day, consistent with the availability of counsel and deponents. Plaintiffs disagree with the remainder of Defendants' position and reserve all rights. Indeed, although Plaintiffs provided Defendants with their list of potential deponents on December 22, 2022, Defendants did not raise the objections set forth below in response to that proposal until 5:50pm ET today. Plaintiffs expect that the parties will continue to meet and confer about these issues over the coming months, particularly as Defendants have not yet complied with their document discovery obligations (which may obviously affect depositions).

**Defendants' Position**

As an initial matter, defendants only provided dates for certain officers and did not agree to all of the dates proposed by plaintiffs. The plaintiffs and named defendants can confer regarding mutually agreeable dates in February and March. In fact, defendants have begun obtaining availability and have provided same to plaintiffs' counsel. Defendants object to the number of depositions sought by plaintiffs as they exceed the number permitted under the federal rules. More importantly, defendants do not agree to produce deponents that are not relevant to the instant case, including, but not limited to, the current and former Police Commissioners. In addition, we cannot agree to the deposition of a 30(b)(6) witness without an appropriate notice, including topics. We reserve our rights to raise additional objections to the deponents listed by plaintiffs

KAPLAN HECKER & FINK LLP

3

Respectfully submitted,

*/s/* Joshua Matz
Joshua A. Matz
Raymond P. Tolentino
KAPLAN HECKER & FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
Tel: (212) 763-0883
Fax: (212) 564-0883
jmatz@kaplanhecker.com
rtolentino@kaplanhecker.com

Sean Hecker
Alexandra Conlon
Anne R. Yearwood
Molly K. Webster
Elizabeth M. Slater
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0883
Fax: (212) 564-0883
shecker@kaplanhecker.com
aconlon@kaplanhecker.com
ayearwood@kaplanhecker.com
mwebster@kaplanhecker.com
eslater@kaplanhecker.com

*Counsel for Plaintiffs Diana C. Richardson and Zellnor Y. Myrie*

*/s/* Erica Bianco
Erica Bianco
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, New York 10007
ebianco@law.nyc.gov

*Counsel for Defendants, The City of New York, Bill De Blasio; NYPD Commissioner Dermot Shea; NYPD Chief of Department Rodney Harrison as successor in interest to Terence Monahan (retired); and NYPD Members of the Service Joseph B. Taylor, Jessica Clinton, Giovanni Calderon, Solomon C. Jacobs, Jorge Perez, John Doe #1, Michael Kovalik, Michael A. Ciota, Max Bermudez, Andrew Ventrella, Eric Olfano, and Harry Kerr*