# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63ᴿᴰ FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL     212.763.0883
DIRECT EMAIL    jmatz@kaplanhecker.com

February 27, 2023

**VIA ECF**

The Honorable Sanket J. Bulsara
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Bulsara_Chambers@NYED.USCOURTS.GOV

     *Re:*     *Richardson v. City of New York*, No. 21 Civ. 3609 (E.D.N.Y.) (LDH) (SJB)

Dear Judge Bulsara:

     I write on behalf of all parties to inform the Court that the parties have reached a resolution in principle of Plaintiffs' claims. The parties are working to reach a final resolution and, until that time, jointly and respectfully request that the Court enter a stay of all proceedings *sine die*.

Respectfully submitted,

/s/ *[signature]*

Joshua A. Matz
Raymond P. Tolentino
KAPLAN HECKER & FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
Tel: (212) 763-0883
Fax: (212) 564-0883
jmatz@kaplanhecker.com
rtolentino@kaplanhecker.com

Sean Hecker

/s/ *[signature]*

Daniel Braun
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, New York 10007
dbraun@law.nyc.gov

*Counsel for Defendants, The City of New York, Bill De Blasio; NYPD Commissioner Dermot Shea; NYPD Chief of Department Rodney Harrison as successor in interest to*

# KAPLAN HECKER & FINK LLP

2

Alexandra Conlon
Anne R. Yearwood
Molly K. Webster
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0883
Fax: (212) 564-0883
shecker@kaplanhecker.com
aconlon@kaplanhecker.com
ayearwood@kaplanhecker.com
mwebster@kaplanhecker.com
eslater@kaplanhecker.com

*Terence Monahan (retired); and NYPD
Members of the Service Joseph B. Taylor,
Jessica Clinton, Giovanni Calderon, Solomon
C. Jacobs, Jorge Perez, John Doe #1,
Michael Kovalik, Michael A. Ciota, Max
Bermudez, Andrew Ventrella, Eric Olfano,
and Harry Kerr*

*Counsel for Plaintiffs Diana C. Richardson
and Zellnor Y. Myrie*