UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE ASSEMBLYWOMAN DIANA C. RICHARDSON and NEW YORK STATE SENATOR ZELLNOR Y. MYRIE,<br><br>       *Plaintiffs*,<br><br>    *v.*<br><br>THE CITY OF NEW YORK, Mayor BILL de BLASIO; NYPD Commissioner DERMOT SHEA; NYPD Chief of Department RODNEY HARRISON, as successor in interest to TERENCE MONAHAN (retired); and NYPD Members of the Service JOSEPH B. TAYLOR, JESSICA CLINTON, GIOVANNI CALDERON, SOLOMON C. JACOBS, JORGE PEREZ, MICHAEL KOVALIK, MICHAEL A. CIOTA, MAX BERMUDEZ, ANDREW VENTRELLA, ERIC OLFANO, HARRY KERR, and JOHN DOE #1,<br><br>       *Defendants*. | Case No. 21-cv-3609-LDH-SJB<br><br>**NOTICE OF ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT** |

  **PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 68, Plaintiffs DIANA C. RICHARDSON and ZELLNOR Y. MYRIE both hereby accept Defendants' offers of judgment, attached hereto as Exhibits A and B, in the total amount of Fifteen Thousand and One Dollars and Zero cents ($15,001.00) for each Plaintiff separately, plus reasonable attorneys' fees, expenses, and costs.

Dated: February 22, 2023      Respectfully submitted,

               By: _____
               Joshua A. Matz
               Raymond P. Tolentino
               KAPLAN HECKER & FINK LLP
               1050 K Street NW, Suite 1040
               Washington, DC 20001

Tel: (212) 763-0883
Fax: (212) 564-0883
jmatz@kaplanhecker.com
rtolentino@kaplanhecker.com

Sean Hecker
Alexandra Conlon
Anne R. Yearwood
Molly K. Webster
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0883
Fax: (212) 564-0883
shecker@kaplanhecker.com
aconlon@kaplanhecker.com
ayearwood@kaplanhecker.com
mwebster@kaplanhecker.com

*Counsel for Plaintiffs Diana C. Richardson and Zellnor Y. Myrie*

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

NEW YORK STATE ASSEMBLYWOMAN DIANA C. RICHARDSON and NEW YORK STATE SENATOR ZELLNOR Y. MYRIE,

                                       Plaintiffs,

- against -

THE CITY OF NEW YORK, Mayor BILL de BLASIO; NYPD Commissioner DERMOT SHEA; NYPD Chief of Department RODNEY HARRISON, as successor in interest to TERENCE MONAHAN (retired); and NYPD Members of the Service JOSEPH B. TAYLOR, JESSICA CLINTON, GIOVANNI CALDERON, SOLOMON C. JACOBS, JORGE PEREZ, MICHAEL KOVALIK, MICHAEL A. CIOTA, MAX BERMUDEZ, ANDREW VENTRELLA, ERIC OLFANO, HARRY KERR, and JOHN DOE #1,

                                       Defendants.

------------------------------------------------------------------------ x

**RULE 68 OFFER OF JUDGMENT TO DIANA RICHARDSON**

21-CV-3609 (LDH) (SJB)

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants City of New York, Bill De Blasio, Dermot Shea, Rodney Harrison, Joseph B. Taylor, Jessica Clinton, Giovanni Calderon, Solomon Jacobs, Jorge Perez, Michael Kovalik, Michael A. Ciota, Max Bermudez, Andrew Ventrella, Eric Olfano, and Harry Kerr and any defendant who is currently or subsequently named and hereafter represented by the Office of the Corporation Counsel in this action, hereby offer to allow plaintiff **Diana Richardson** to take a judgment against the City of New York in this action for the total sum of **Fifteen Thousand and One ($15,001.00) Dollars**, plus reasonable attorney's fees, expenses, and costs to the date of this offer for Plaintiff **Diana Richardson's** federal claims. **This offer is contingent on both plaintiffs (Zellnor Myrie and Diana Richardson) accepting the Rule 68 Offers of Judgment served on February 8, 2023.**

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff Diana Richardson may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants or any official, employee, or agent, either past or present, of the City of New York, or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

**This offer of judgment may only be accepted by written notice within the time allowed under the Federal Rules of Civil Procedure.**

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by defendants or any official, employee, or agent of the City of New York, or any agency thereof; nor is it an admission that plaintiff has suffered any damages.

Acceptance of this offer of judgment will act to release and discharge defendants the City of New York, Bill De Blasio, Dermot Shea, Rodney Harrison, Joseph B. Taylor, Jessica Clinton, Giovanni Calderon, Solomon Jacobs, Jorge Perez, Michael Kovalik, Michael A. Ciota, Max Bermudez, Andrew Ventrella, Eric Olfano, and Harry Kerr; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York, or any agency thereof, from any and all claims that were or could have been alleged by Plaintiff Diana Richardson arising out of the facts and circumstances that are the subject of this action.

Acceptance of this offer of judgment also will operate to waive Plaintiff Diana Richardson's rights to any claim for interest on the amount of the judgment.

Plaintiff **Diana Richardson** agrees that payment of **Fifteen Thousand and One ($15,001.00) Dollars** within ninety (90) days of the date of acceptance of the offer shall be a reasonable time for such payment, unless Plaintiff Diana Richardson received medical treatment in connection with the underlying claims in this case for which Medicare has provided, or will

2

provide, payment in full or in part. If Plaintiff Diana Richardson is a Medicare recipient who received medical treatment in connection with the claims in this case, the ninety (90) day period for payment shall start to run from the date Plaintiff Diana Richardson submits to counsel for defendants a final demand letter from Medicare.

By acceptance of this Rule 68 Offer of Judgment, Plaintiff Diana Richardson agrees to resolve any claim that Medicare may have for reimbursement of conditional payments it has made as secondary payer, and a Medicare Set-Aside Trust shall be created, if required by 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26. Plaintiff Diana Richardson further agrees to hold harmless defendants and all past and present officials, employees, representatives and agents of the City of New York, or any agency thereof, regarding any past and/or future Medicare payments, presently known or unknown, made in connection with this matter.

The judgment shall contain and recite the terms and conditions set forth herein.

Dated:      New York, New York
            February 8, 2023

                                    HON. SYLVIA O. HINDS-RADIX
                                    Corporation Counsel
                                    of the City of New York
                                    *Attorney for City, Bill De Blasio, Dermot Shea, Rodney Harrison, Joseph B. Taylor, Jessica Clinton, Giovanni Calderon, Solomon Jacobs and Jorge Perez, Michael Kovalik, Michael A. Ciota, Max Bermudez, Andrew Ventrella, Eric Olfano, and Harry Kerr*
                                    100 Church Street
                                    New York, New York 10007
                                    (212) 356-2547

                                    By:   /s/ *Erica Bianco*
                                          Erica Bianco
                                          *Senior Counsel*
                                          Special Federal Litigation Division

3

TO:    <u>VIA FIRST CLASS MAIL</u>
Alexandra Conlon
Kaplan Hecker & Fink, LLP
350 Fifth Ave.
Suite 7110
New York, NY 10118
(212) 546-0883
aconlon@kaplanhecker.com

<u>VIA EMAIL</u>
Raymond P. Tolentino
Kaplan Hecker & Fink, LLP
1050 K Street NW, Suite 1040
Washington, D.C. 20001
rtolentino@kaplanhecker.com

Alexandra Conlon
Anne Devaney O'Toole
Anne R. Yearwood
Joshua Adam Matz
Katherine France
Molly Webster
Sean Hecker
Kaplan Hecker & Fink, LLP
350 Fifth Ave.
Suite 7110
New York, NY 10118
(212) 546-0883
aconlon@kaplanhecker.com
aotoole@kaplanhecker.com
ayearwood@kaplanhecker.com
jmatz@kaplanhecker.com
mwebster@kaplanhecker.com
shecker@kaplanhecker.com
*Attorney for Plaintiffs*

# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

NEW YORK STATE ASSEMBLYWOMAN DIANA C. RICHARDSON and NEW YORK STATE SENATOR ZELLNOR Y. MYRIE,

                                       Plaintiffs,

- against -

THE CITY OF NEW YORK, Mayor BILL de BLASIO; NYPD Commissioner DERMOT SHEA; NYPD Chief of Department RODNEY HARRISON, as successor in interest to TERENCE MONAHAN (retired); and NYPD Members of the Service JOSEPH B. TAYLOR, JESSICA CLINTON, GIOVANNI CALDERON, SOLOMON C. JACOBS, JORGE PEREZ, MICHAEL KOVALIK, MICHAEL A. CIOTA, MAX BERMUDEZ, ANDREW VENTRELLA, ERIC OLFANO, HARRY KERR, and JOHN DOE #1,

                                       Defendants.

------------------------------------------------------------------------- x

**RULE 68 OFFER OF JUDGMENT TO ZELLNOR MYRIE**

21-CV-3609 (LDH) (SJB)

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants City of New York, Bill De Blasio, Dermot Shea, Rodney Harrison, Joseph B. Taylor, Jessica Clinton, Giovanni Calderon, Solomon Jacobs, Jorge Perez, Michael Kovalik, Michael A. Ciota, Max Bermudez, Andrew Ventrella, Eric Olfano, and Harry Kerr, and any defendant who is currently or subsequently named and hereafter represented by the Office of the Corporation Counsel in this action, hereby offer to allow plaintiff **Zellnor Myrie** to take a judgment against the City of New York in this action for the total sum of **Fifteen Thousand and One ($15,001.00) Dollars**, plus reasonable attorney's fees, expenses, and costs to the date of this offer for Plaintiff Zellnor Myrie's federal claims. **This offer is contingent on both plaintiffs (Zellnor Myrie and Diana Richardson) accepting the Rule 68 Offers of Judgment served on February 8, 2023.**

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff Zellnor Myrie may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants or any official, employee, or agent, either past or present, of the City of New York, or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

**This offer of judgment may only be accepted by written notice within the time allowed under the Federal Rules of Civil Procedure.**

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by defendants or any official, employee, or agent of the City of New York, or any agency thereof; nor is it an admission that plaintiff has suffered any damages.

Acceptance of this offer of judgment will act to release and discharge defendants the City of New York, Bill De Blasio, Dermot Shea, Rodney Harrison, Joseph B. Taylor, Jessica Clinton, Giovanni Calderon, Solomon Jacobs, Jorge Perez, Michael Kovalik, Michael A. Ciota, Max Bermudez, Andrew Ventrella, Eric Olfano, and Harry Kerr; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York, or any agency thereof, from any and all claims that were or could have been alleged by Plaintiff Zellnor Myrie arising out of the facts and circumstances that are the subject of this action.

Acceptance of this offer of judgment also will operate to waive Plaintiff Zellnor Myrie's rights to any claim for interest on the amount of the judgment.

Plaintiff **Zellnor Myrie** agrees that payment of **Fifteen Thousand and One ($15,001.00) Dollars** within ninety (90) days of the date of acceptance of the offer shall be a reasonable time for such payment, unless Plaintiff Zellnor Myrie received medical treatment in connection with the underlying claims in this case for which Medicare has provided, or will

2

provide, payment in full or in part. If Plaintiff Zellnor Myrie is a Medicare recipient who received medical treatment in connection with the claims in this case, the ninety (90) day period for payment shall start to run from the date Plaintiff Zellnor Myrie submits to counsel for defendants a final demand letter from Medicare.

By acceptance of this Rule 68 Offer of Judgment, Plaintiff Zellnor Myrie agrees to resolve any claim that Medicare may have for reimbursement of conditional payments it has made as secondary payer, and a Medicare Set-Aside Trust shall be created, if required by 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26. Plaintiff Zellnor Myrie further agrees to hold harmless defendants and all past and present officials, employees, representatives and agents of the City of New York, or any agency thereof, regarding any past and/or future Medicare payments, presently known or unknown, made in connection with this matter.

The judgment shall contain and recite the terms and conditions set forth herein.

Dated:      New York, New York
            February 8, 2023

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel
of the City of New York
*Attorney for City, Bill De Blasio, Dermot Shea, Rodney Harrison, Joseph B. Taylor, Jessica Clinton, Giovanni Calderon, Solomon Jacobs, Jorge Perez, Michael Kovalik, Michael A. Ciota, Max Bermudez, Andrew Ventrella, Eric Olfano, and Harry Kerr*
100 Church Street
New York, New York 10007
(212) 356-2547

By:   /s/ *Erica Bianco*
      Erica Bianco
      *Senior Counsel*
      Special Federal Litigation Division

TO:    <u>VIA FIRST CLASS MAIL</u>
Alexandra Conlon
Kaplan Hecker & Fink, LLP
350 Fifth Ave.
Suite 7110
New York, NY 10118
(212) 546-0883
aconlon@kaplanhecker.com

<u>VIA EMAIL</u>
Raymond P. Tolentino
Kaplan Hecker & Fink, LLP
1050 K Street NW, Suite 1040
Washington, D.C. 20001
rtolentino@kaplanhecker.com

Alexandra Conlon
Anne Devaney O'Toole
Anne R. Yearwood
Joshua Adam Matz
Katherine France
Molly Webster
Sean Hecker
Kaplan Hecker & Fink, LLP
350 Fifth Ave.
Suite 7110
New York, NY 10118
(212) 546-0883
aconlon@kaplanhecker.com
aotoole@kaplanhecker.com
ayearwood@kaplanhecker.com
jmatz@kaplanhecker.com
mwebster@kaplanhecker.com
shecker@kaplanhecker.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on February 22, 2023 I served a copy of Plaintiffs' Notice of Acceptance of Defendants' Rule 68 Offer of Judgment by email upon counsel for Defendant listed below.

> Hon. Sylvia O. Hinds-Radix
> Corporation Counsel of the City of New York
> Attorney for Defendants
> 100 Church Street, 3rd Floor
> New York, New York 10007
> shradix@law.nyc.gov

Dated: June 15, 2023

> Joshua A. Matz
> KAPLAN HECKER & FINK LLP
> 1050 K Street, NW, Suite 1040
> Washington, D.C. 20001
> (212) 763-0883
> jmatz@kaplanhecker.com
>
> *Counsel for Plaintiffs Diana C. Richardson and Zellnor Y. Myrie*